AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| HAYWOOD MONTGOMERY<br><br>*Plaintiff(s)*<br>v.<br>GARDA CL TECHNICAL SERVICES, INC. AND GARDA CL ATLANTIC, INC.<br><br>*Defendant(s)* | Civil Action No. 1:24-CV-03195 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GARDA CL TECHNICAL SERVICES, INC
200 NW Corporation Blvd
Boca Raton, Florida 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID S. BIGELOW, ESQUIRE
1500 John F. Kennedy Blvd., Suite 1110
Philadelphia, PA 19102
P: (215) 569-8488
F: (215) 569-8288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/7/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| HAYWOOD MONTGOMERY<br><br>*Plaintiff(s)*<br>v.<br>GARDA CL TECHNICAL SERVICES, INC. AND GARDA CL ATLANTIC, INC.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:24-CV-03195 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  GARDA CL ATLANTIC, INC.
200 NW Corporation Blvd
Boca Raton, Florida 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DAVID S. BIGELOW, ESQUIRE
1500 John F. Kennedy Blvd., Suite 1110
Philadelphia, PA 19102
P: (215) 569-8488
F:  (215) 569-8288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/7/2024

*Signature of Clerk or Deputy Clerk*